Order issued November 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01577-CV

### IN RE METROPCS COMMUNICATIONS, INC., ET AL., Relators

### Original Proceeding from the County Court at Law No. 1
### Dallas County, Texas
### Trial Court Cause No. CC-12-06144-A

# ORDER

Before Justices Bridges, Lang, and Fillmore

Before the Court is relators' motion to stay and for expedited consideration. We **GRANT** the motion to stay and **STAY** the November 16, 2012 Temporary Restraining Order and the November 29, 2012 temporary injunction hearing. This stay shall remain in effect until further order of this Court.

The Court also has before it relators' petition for writ of mandamus. The Court requests that real party in interest and respondent file any responses by November 30, 2012.

DOUGLAS S. LANG
JUSTICE